IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Donna M. Delbiondo, | : | Case No. 20-70635-JAD |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Donna M. Delbiondo, | : | |
| Movant | : | |
| Vs. | : | |
| | : | Document No. _____ |
| No Respondents, | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 18, 2021 at docket number 17, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtor having carefully examined and understanding each of the Bankruptcy Code sections referenced in this Certification.

Dated: June 11, 2024        By:   /s/Donna M. Delbiondo
                                          Signature
                                    James R. Huff, II, Esquire
                                          Name of Filer - Typed
                                    1701 5th Avenue, Altoona, Pa. 16602
                                          Address of Filer
                                    jhuff@sfshlaw.com    (814) 946-4316
                                          Email and Phone No. of Filer
**PAWB Local Form 24 (07/13)**        Pennsylvania State I.D. No. 33270
                                          Bar I.D. and State of Admission