Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Donna M. DelBiondo**
Debtor(s)

Bankruptcy Case No.: 20−70635−JAD

Chapter: 13
Docket No.: 30 − 29

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 27th of August, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/21/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/29/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/21/24.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70635-JAD |
| Donna M. DelBiondo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-7　　　　　　　　　　　User: auto　　　　　　　　　　　Page 1 of 2
Date Rcvd: Aug 27, 2024　　　　　　　　Form ID: 408　　　　　　　　Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna M. DelBiondo, 3875 Juniata Gap Road, Altoona, Altoona, PA 16601-7434 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:21:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15326053 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:21:17 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15326054 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:00:38 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15329281 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:20:58 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15326055 | | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15327521 | | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15326056 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2024 23:41:07 | JP Morgan Chase Bank, NA, P.O. Box 15258, Wilmington, DE 19850 |
| 15326057 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2024 23:42:01 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15331875 | + | Email/Text: RASEBN@raslg.com | Aug 27 2024 23:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15326058 | | Email/Text: pitbk@weltman.com | Aug 27 2024 23:43:00 | Matthew W. Pomy, Esquire, WELTMAN, WEINBERG & REIS CO LPA, 436 7th Avenue, Ste. 2500, Pittsburgh, PA 15219-1842 |
| 15326059 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15332584 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15326060 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 27 2024 23:45:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15330869 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 27 2024 23:45:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15326264 | ^ | MEBN | | |

|  |  |  | Aug 27 2024 23:37:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| --- | --- | --- | --- | --- |
| 15326061 | + | Email/Text: BAN5620@UCBINC.COM | Aug 27 2024 23:43:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Toledo, OH 43614-1501 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Quicken Loans, LLC |
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15331876 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| James R. Huff, II | on behalf of Debtor Donna M. DelBiondo jhuff@sfshlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6