**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DONNA M. DELBIONDO

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
      vs.
No Respondents.

Case No.:20-70635 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

     1.  The case was filed on 12/31/2020  and confirmed on 3/8/21 .  The case was subsequently         Completed After Confirmation

     2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 41,270.88 |
| Less Refunds to Debtor | 209.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,061.16 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,700.00 | |
| Trustee Fee | 1,906.39 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,606.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC | 0.00 | 35,778.82 | 0.00 | 35,778.82 |
| Acct: 3624 | | | | |
| | | | | 35,778.82 |
| **Priority** | | | | |
| JAMES R HUFF II ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONNA M. DELBIONDO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONNA M. DELBIONDO | 209.72 | 209.72 | 0.00 | 0.00 |
| Acct: | | | | |
| SULLIVAN FORR ET AL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FORR STOKAN HUFF KORMANSKI & NAU | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ***NONE*** | | | | |
| **Unsecured** | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 3,343.34 | 66.87 | 0.00 | 66.87 |
| Acct: 0909 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 6,962.95 | 139.26 | 0.00 | 139.26 |
| Acct: 7541 | | | | |
| DISCOVER BANK(*) | 14,969.21 | 299.38 | 0.00 | 299.38 |
| Acct: 3925 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 7,228.42 | 144.57 | 0.00 | 144.57 |
| Acct: 6249 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,293.41 | 25.87 | 0.00 | 25.87 |
| Acct: 4624 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4823 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |

20-70635 JAD

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | | | | | |
| | UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 675.95 |

TOTAL PAID TO CREDITORS                                    36,454.77

TOTAL CLAIMED
PRIORITY              0.00
SECURED               0.00
UNSECURED         33,797.33

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DONNA M. DELBIONDO

          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:20-70635 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Donna M. DelBiondo

    Debtor

Case No. 20-70635-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7                              User: auto                           Page 1 of 2

Date Rcvd: Aug 27, 2024                      Form ID: pdf900                      Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

**Recip ID**     **Recipient Name and Address**
db     + Donna M. DelBiondo, 3875 Juniata Gap Road, Altoona, Altoona, PA 16601-7434

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15326053 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:02:50 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15326054 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:01:52 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15329281 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:41:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15326055 | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15327521 | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15326056 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2024 00:01:49 | JP Morgan Chase Bank, NA, P.O. Box 15258, Wilmington, DE 19850 |
| 15326057 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2024 23:41:07 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15331875 | + Email/Text: RASEBN@raslg.com | Aug 27 2024 23:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15326058 | Email/Text: pitbk@weltman.com | Aug 27 2024 23:43:00 | Matthew W. Pomy, Esquire, WELTMAN, WEINBERG & REIS CO LPA, 436 7th Avenue, Ste. 2500, Pittsburgh, PA 15219-1842 |
| 15326059 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15332584 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15326060 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 27 2024 23:45:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15330869 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 27 2024 23:45:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15326264 | ^ MEBN | | |

District/off: 0315-7                           User: auto                                    Page 2 of 2

Date Rcvd: Aug 27, 2024                        Form ID: pdf900                               Total Noticed: 17

|  |  | Aug 27 2024 23:37:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15326061 | + Email/Text: BAN5620@UCBINC.COM |  |  |
|  |  | Aug 27 2024 23:43:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Toledo, OH 43614-1501 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Quicken Loans, LLC |
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15331876 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| James R. Huff, II | on behalf of Debtor Donna M. DelBiondo jhuff@sfshlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6